PETER J. VAN NOTE, Respondent, *v.* JOHN A. COOK, Appellant.

*Van Note* v. *Cook*, 55 App. Div. 55, affirmed.
(Argued May 13, 1902; decided May 27, 1902.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered

November 27, 1900, affirming a judgment in favor of plaintiff entered upon the report of a referee.

*E. B. Barnum* for appellant.

*Melvin G. Palliser* and *Hector M. Hitchings* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, MARTIN and VANN, JJ.